**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 24  
**IP Address:** 108.30.66.221  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DAA801C7FA5BB41B7A1BD3F47C3682B65A8BBB42<br>File Hash:<br>6AC3242EA8C6E0A3011ADF5A23A124DCD4AEB22804763E1ACB395FF4AA534628 | 10-21-2023 03:07:29 | TushyRaw | 08-30-2023 | 09-18-2023 | PA0002430961 |
| 2 | Info Hash: 7F20D9547644669D51C971C8EC6D9A2FDE457BC2<br>File Hash:<br>8BDF341C9E37C976D449362E56F5419A95144DB9B8C3660C9DDC000CD95E8DA7 | 10-21-2023 03:07:18 | TushyRaw | 09-27-2023 | 10-18-2023 | PA0002435616 |
| 3 | Info Hash: CAC178698E2D7079ECA0F1BC27701CC4C1557845<br>File Hash:<br>700EA101AF6B313C231B5BA94099DF5A9299EDE94C0CD2A0324C799DB4D65906 | 08-31-2023 07:37:54 | Tushy | 08-27-2023 | 09-18-2023 | PA0002430911 |
| 4 | Info Hash: CF8292048847BE5479627B055A059A6349FEAD51<br>File Hash:<br>4B4724B1DF564FB1608A212FB42B3193094ACA2B7DDB82BA5E96BAA59BB2B5DE | 08-14-2023 17:21:28 | Tushy | 07-09-2023 | 07-13-2023 | PA0002420353 |
| 5 | Info Hash: 1E6C2C75FAC0643812756AD5F7FDD703446B78A6<br>File Hash:<br>D2CD28B929088747A6F288C83E0BA12AD5671900E26C30C0482CAB5F25EAE7DF | 05-25-2023 08:29:01 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 6 | Info Hash: E8ABFD1C4627B563399146DDE001C4323F5DF648<br>File Hash:<br>062FF3EE2505D386DA6A182FEED8DA873A09F6EEF8AF99CE3B29295F4BEC41D0 | 05-24-2023 07:17:22 | Blacked | 05-20-2023 | 06-09-2023 | PA0002415379 |
| 7 | Info Hash: 2D7A1E8CA1FCCF1820031D809FAC42C1F7265483<br>File Hash:<br>AF2165086F782EDD09545EF50146ED3F3DEA6CA315F68266FC58A490BF459D71 | 05-22-2023 05:24:07 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 8 | Info Hash: 08B38BE581E833DC9E28280C10CF59A089A02F57<br>File Hash:<br>DDFCE6511EF710FA2DF9498E035871824E1D4BD9A6AFE02D17C2CC5D2D500BF4 | 04-28-2023 00:29:11 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 9 | Info Hash: 1D1695665E956F1A119187017F0C40F9F58DC7AB<br>File Hash:<br>A6DFC8DE958A72B3E787C772444A310604C4AE6642DF342A33D0289BEEB38C1E | 04-26-2023 07:16:14 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 10 | Info Hash: 6BEF993248BC531C6DA8F1F51278CB8C79C26F96<br>File Hash:<br>B02C5D7A32980E65E7A94C4131AE0DF5D5F87885D7AF2671F8E12439C8FFC946 | 04-20-2023 06:30:07 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 11 | Info Hash: 30301D91EB7B5A90760AA74896B144B14379DD64<br>File Hash:<br>6BCEB16549DD0A377B08BAEE1ECD57E3BAE36C319AF76E4B89E8DD8D03BFDACB | 04-10-2023 07:22:19 | Blacked | 04-08-2023 | 05-15-2023 | PA0002411276 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 08F1F94091C4E9CBD473B5057ECC96F4D9FD983B<br>File Hash: 24D7A0E5D95DD6FBA391C2D8607126EF1E8918ADF4531F720A85CFE29D6CF2DC | 04-02-2023 04:54:59 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 13 | Info Hash: 6DF96D14D583033748F71DBC604AC9E07ACD02B9<br>File Hash: 8309AA472A5C7695B4C4F866454BBBBED0D9E1FC45AF2042640756218F1E82CD | 03-23-2023 04:55:06 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 14 | Info Hash: CCC7EDD22D7238230478C0BF0D063AF60D247CC3<br>File Hash: 7DE6FC953D92A8F612FA44B230D3CEF4EF150B6206B43CA74FE5AAC6044ED5C6 | 03-15-2023 07:50:59 | Tushy | 03-12-2023 | 04-07-2023 | PA0002405752 |
| 15 | Info Hash: C15FBB5938E152114DD4A8B2885DF95D3E4A2348<br>File Hash: FC0060491B5BA33DEB7BCC4A4C5AD9993F7A7D9DC48246BCAE9C239F213A79FC | 03-13-2023 08:11:27 | Vixen | 03-10-2023 | 04-09-2023 | PA0002405759 |
| 16 | Info Hash: 653E5CF9438D1E59055925ED8E65066F497CE690<br>File Hash: 72086407190A9E64E09ABAC714F47A893DADE3372C331D4C610695FBD8D08072 | 03-02-2023 06:04:16 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 17 | Info Hash: 299A950FB6470065F3B13F1FBD89F593C1D9DCEA<br>File Hash: 3DAB1BFD1B5950198E3B00A44C216D2B9854253D339909DA56C96A475B62598A | 02-08-2023 07:55:52 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 18 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash: C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01-27-2023 07:50:12 | Blacked Raw | 01-24-2023 | 01-27-2023 | PA0002393074 |
| 19 | Info Hash: 3837AA548062D24847405145AF70DDEC3D2182E4<br>File Hash: 500668056CFA53640CDE8F4F2E40E8929477062BCEBF21F62319196C0A491D5E | 01-19-2023 08:02:19 | Slayed | 08-02-2022 | 08-10-2022 | PA0002370902 |
| 20 | Info Hash: DAF08946CC8E9C0865B015FC90652B7FB5E54189<br>File Hash: 4845409CF80BA7F69D2F0973B489CDB7816262721BBADCAAA2723A577F4EEAA3 | 01-18-2023 13:22:33 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 21 | Info Hash: B9DF002116540453038D67546BB3641D0F58C69E<br>File Hash: FBA5E95F4E0DD7FA9E2A056710154F81DD5DA85E516F4763E2C993952D13A8AE | 01-05-2023 05:12:47 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 22 | Info Hash: 5CA30A8B94D291D021016265765056AAA3ED2B50<br>File Hash: B84A12FFAD6E8EA64D283FB2077BFA66902B54CDF70DEA84744126447FFFAB0B | 01-02-2023 05:41:52 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 23 | Info Hash: 56C2716E79931DB8A44D913A20EE24C24D321831<br>File Hash: 1638B0B52B921C429233D7D2DD0F896C0109219ED16C17155593CF9B6227AC94 | 12-24-2022 05:19:44 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash: E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12-20-2022 03:15:38 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |